# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARI CANTON

    **Plaintiff(s)**

      **v.**

                               **CIVIL NO.**  96-1083 (JAG)
                                               96-2495 (JAG)

DORADO BEACH HOTEL CORP., ET          96-2496 (JAG)
AL

    **Defendant(s)**

## AMENDED JUDGMENT

    The Judgment entered on January 16, 2001 (Docket #62) was issued in pursuance of plaintiffs Lisa Penfield Windsurfing and Watersports Center, Inc. (Civil No. 96-2496), and Beth Penfield's (Civil No. 96-2495) "Motion for Voluntary Dismissal."

    As of the present moment, cases number 96-2496 and 96-2495 are closed. To the contrary, case number 96-1083, <u>Mari Canton</u> v. <u>Dorado Beach Hotel Corp., Hyatt Hotels of Puerto Rico, Inc., and Lisa Penfield</u> is currently open and pending.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15th day of March, 2001.

                                    JAY A. GARCIA-GREGORY
                                    U.S. District Judge